﻿Citation Nr: AXXXXXXXX
Decision Date: 03/31/20 Archive Date: 03/31/20

DOCKET NO. 190724-14307
DATE: March 31, 2020

ORDER

The issue of entitlement to recoupment of 26 days of drill pay during fiscal year 2017 is dismissed.

FINDING OF FACT

After the case was certified to the Board on appeal, the Department of Veterans Affairs Regional Office (RO) granted entitlement to recoupment of 26 days of drill pay during fiscal year 2017 in an August 2019 rating decision. This is a full grant of the benefits sought on appeal.

CONCLUSION OF LAW

The criteria for dismissal of the issue of recoupment of 26 days of drill pay during fiscal year 2017 are met. 38 U.S.C. §§ 7104, 7105; 38 C.F.R. §§ 20.104, 20.105.

REASONS AND BASES FOR FINDING AND CONCLUSION

The Veteran served on active duty from January 2003 to January 2005 and from August 2008 to September 2009. The Veteran also served in the Army National Guard until April 2017.

In an April 2019 administrative decision, the RO informed the Veteran that they are reducing the amount of his VA disability compensation, because he received military pay and VA disability compensation for fiscal year 2017 at the same time. In April 2019, the RO received a completed VA Form 20-0996 from the Veteran requesting a Higher-Level Review.

This case comes before the Board of Veterans’ Appeals (Board) on appeal from a May 2019 Higher-Level Review decision. In that decision, the RO denied entitlement to recoupment of 26 days of drill pay during fiscal year 2017. The Veteran timely submitted a VA Form 10182 notice of disagreement (NOD) in July 2019 and selected the Direct Review docket. The claim was placed on the Board’s docket on August 1, 2019. 

On August 23, 2019, the RO granted the appeal for entitlement to recoupment of 26 days of drill pay during fiscal year 2017. This constitutes a grant of the full benefits sought on an appeal with respect to the issue of entitlement to recoupment of 26 days of drill pay during fiscal year 2017.

(Continued on the next page)

 

The Board may dismiss any case over which it determines it does not have jurisdiction. 38 U.S.C. § 7105; 38 C.F.R. § 20.104. Here, as a result of the RO’s August 2019 Higher-Level Review decision granting entitlement to recoupment of 26 days of drill pay during fiscal year 2017, there no longer remains a case or controversy with respect to that claim. Therefore, the Board lacks jurisdiction over the issue because it has been granted and rendered moot on appeal. 38 U.S.C. §§ 7104, 7105; 38 C.F.R. §§ 20.104, 20.105, 20.202. Therefore, dismissal of this claim is warranted.

 

L. B. CRYAN

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board B. Berry, Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.